UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-21639-CIV-HUCK/WHITE

ELIAS JIMENEZ,

    Petitioner,

vs.

SHERIFF OF MIAMI-DADE COUNTY,
ET AL.,

    Respondents.
_____/



CLOSED CIVIL CASE

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on a Report and Recommendation [D.E. #20] by the Honorable Patrick A. White, United States Magistrate Judge, filed January 28, 2011, recommending that Petitioner's *pro se* petition for writ of habeas corpus be dismissed. On March 18, 2011, Petitioner filed objections to the Report and Recommendation [D.E. #23]. The Court reviewed *de novo* the Report and Recommendation, Petitioner's objections, the pertinent portions of the record, and is otherwise duly advised.

Accordingly, the Court overrules Petitioner's objections and adopts the findings of fact and conclusions of law as stated in Judge White's report. For the reasons stated in the Report, Petitioner's petition is summarily dismissed without prejudice because he has not properly exhausted his state court remedies and because the *Younger* abstention doctrine applies. Because the Court finds that Petitioner has not made a substantial showing of a denial of a constitutional right, no Certificate of Appealability shall issue. The Clerk is directed to close the case.

DONE AND ORDERED in Chambers, Miami, Florida, on March 22, 2011.

Paul C. Huck
United States District Judge

**Copies furnished to:**
Magistrate Judge Patrick White
Counsel of Record
Jimenez, Elias No. 612972
TGK Correctional Facility
7000 N.W. 41st Street, K4-5
Miami, FL 33166